# IN THE SUPREME COURT OF THE STATE OF NEVADA

DORIS MITCHELL, AN INDIVIDUAL,
Appellant,
vs.
WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST, NOT INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUST, A FOREIGN
CORPORATION; PRETIUM
MORTGAGE ACQUISITION TRUST, A
FOREIGN CORPORATION; AND
PRETIUM MORTGAGE CREDIT
MANAGEMENT, A FOREIGN
CORPORATION,
Respondents.

No. 82497

FILED

APR 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nadia Krall, District Judge
Law Office of Stephen M. Dixon, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk